**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    v.                             **Crim. Action No.: 1:22-CR-57-1
(Judge Kleeh)**

**KAYLA MARIE CLINE,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 122], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On December 8, 2022, the Defendant, Kayla Marie Cline ("Cline"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count Eleven of the Indictment, charging her with Possession with Intent to Distribute Fifty Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).[1]

This Court referred Cline's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted. Cline stated that she understood that the magistrate judge is not

---

[1] In the R&R, the Magistrate Judge accidentally refers to Count Eleven as Count Four. To this extent, the R&R is rejected and modified to reflect that Defendant pleaded guilty to Count Eleven.

**USA v. CLINE** 1:22-CR-57

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 122], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

a United States District Judge, and Cline consented to pleading before the magistrate judge.

Based upon Cline's statements during the plea hearing and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Cline was competent to enter a plea, that the plea was freely and voluntarily given, that she understood the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [ECF No. 122] finding a factual basis for the plea and recommending that this Court accept Cline's plea of guilty to Count Eleven of the Indictment.

The magistrate judge **remanded** Cline to the custody of the United States Marshals Service.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither Cline nor the Government filed objections to the R&R.

2

**USA v. CLINE**                                                                1:22-CR-57

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 122], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [ECF No. 122], provisionally **ACCEPTS** Cline's guilty plea, and **ADJUDGES** her **GUILTY** of the crime charged in Count Eleven of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Cline, and prepare a presentence investigation report for the Court;

2. The Government and Cline shall each provide their narrative descriptions of the offense to the Probation Officer by **January 3, 2023**;

3. The presentence investigation report shall be disclosed to Cline, her counsel, and the Government on or before **February 17, 2023**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

**USA v. CLINE**                                                                                   **1:22-CR-57**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 122], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

4.   Written objections to the presence investigation report, if any, shall be submitted to the opposing party and to the probation officer on or before **March 3, 2023**;

5.   Responses to objections to the presence investigation report, if any, shall be submitted to the opposing party and to the probation officer on or before **March 10, 2023**;

6.   The Office of Probation shall submit the presence investigation report with addendum to the Court on or before **March 31, 2023**; and

6.   Counsel may file any written sentencing memoranda or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **April 14, 2023.**

The Court further **ORDERS** that prior to sentencing, Cline's counsel shall review with her the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Cline on **May 1, 2023,** at **2:00 P.M.,** at the **Clarksburg, West Virginia,** point

4

USA v. CLINE                                                                1:22-CR-57

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 122], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

of holding court. If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: December 29, 2022

*Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA